ORIGINAL

FILED

07/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0187

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0187

IN RE THE MARRIAGE OF:

KENNETH MICHAEL SMITH,

Petitioner and Appellant,

and

MELISSA SUE GRAHAM, f/k/a MELISSA SUE
SMITH,

Respondent and Appellee.

FILED

JUL 07 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed on July 6, 2020, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

M. R. App. P. 11(4)(e) requires a certificate of compliance indicating the document's line spacing and (1) that the document is proportionally spaced, together with the typeface, point size, and word count; or (2) that the document uses a monospaced typeface, together with the number of characters per inch and word count, or the number of counted pages, pursuant to M. R. App. P. 11(4)(b) or (c).

M. R. App. 11(6)(a) requires that the cover of the opening brief of the Appellant shall be blue. For recycling purposes, pastel colors shall be used for brief covers. The cover of the appendix, if separately printed, shall be white.

M. R. App. P. 12(1)(a) requires a table of contents, with page references, and a table of cases, statutes and other authorities cited, with referenced to the pages of the brief where they are cited.

M. R. App. P. 12(1)(d) requires a statement of the facts relevant to the issues presented, with references to the pages or the parts of the record at which material facts appear.

M. R. App. P. 12(1)(e) requires a statement of the standard of review for each issue presented, together with a citation of authority.

After reviewing the Appellant's opening brief filed on August 20, 2018, this Court has determined that the brief does not comply with any of the above-referenced rules and must be resubmitted. Further, although we liberally construe pro se pleadings and hold them to a less stringent standard than formal pleadings drafted by lawyers, Appellant's brief does not contain contents even minimally sufficient for filing. Therefore,

IT IS ORDERED that the signed original and nine copies of the referenced brief be returned for revisions necessary to comply with the specified Rules;

IT IS FURTHER ORDERED that a signed original and nine copies of the revised brief ordered herein be filed within ten (10) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to Appellant and to mail a true copy of this Order to all parties of record.

DATED this 7 day of July, 2020.

For the Court,

By _____
                Justice